**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

**Courtroom 940**
DATE: 11/3/2021
TIME:.  10:00 a.m.

**FILED**
**CLERK**

11:41 am, Nov 03, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

CASE: Civil Cause for Telephone Pre-Motion Conference
21cv03071 RODRIGUEZ V. SUFFOLK COUNTY ET. AL.

APPEARANCES:      Plaintiff:  **James Malachy Meaney, Cory H. Morris**

Defendant: **Stacy Ann Skorupa**
COURT REPORTER/FTR\*\*#: AT&T Conference 10:05 -10: 38

<u>**Motion for:**     **Rule 12 of the Federal Rules of Civil Procedure, DE 10**</u>
<u>**Movant:**          **all defendants**</u>

Case called.

☒      Counsel for all sides present.

☒      Pre-motion conference held.

☐Parties to meet and confer and submit a schedule within 2 weeks.

☐Motion Schedule set.      Motion served by:

Response served by:

Reply and all papers filed by:

☐      Discovery to proceed while motion is pending. Parties to contact Magistrate
       Judge assigned to the case to schedule an Initial Conference.

☐      Choose an item.

☒      Motion argued.

☒      The Court deems the motion made.

☐      Motion is  Choose an item.(\*\* No written decision\*\*)

☒      Other: <u>Motion granted, all federal claims are dismissed. The state claims are</u>
<u>dismissed without prejudice to refile in the state court. The clerk is directed to enter</u>
<u>judgment and close the case.</u>

\*\* To obtain a copy of the transcript counsel should contact the ESR department in
Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be
found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*