**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TY EDWARDS RODRIGUEZ,

              Plaintiff,

  - against -

SUFFOLK COUNTY, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK COUNTY
POLICE DEPARTMENT JOHN AND JANE
DOES #3-10, ANTHONY PASSARELLA
and JOHN PAROLY,

              Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 21-3071 (GRB)(ST)

A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on November 3, 2021, granting Defendants' motions to dismiss pursuant to Ruel 12(b) of the Federal Rules of Civil Procedure, dismissing all federal claims, dismissing all state claims without prejudice to refiling in state court, and directing the Clerk of the Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Ty Edwards Rodriguez take nothing of Defendants Suffolk County, Suffolk County Police Department, Suffolk County Police Department John and Jane Does #3-10, Anthony Passarella, and John Paroly; that Defendants' motions to dismiss are granted; that all federal claims are dismissed; that all state law claims are dismissed without prejudice to refiling in state court; and that this case is closed.

Dated: November 8, 2021
       Central Islip, New York

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT

                                  BY:    /S/ JAMES J. TORITTO
                                                   DEPUTY CLERK